Fill in this information to identify the case:

Debtor 1 __Noel Dean Young__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Middle__   District of __NC__
                                                                (State)

Case number  __15-10659__

---

Form 4100R
# Response to Notice of Final Cure Payment                                      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 0 0 2 7

**Property address:** 5442 Crestwood Dr
Number     Street

_____

Archdale           NC        27263
City              State      ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 01 / 2019
                                                          MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:             + (b) $ _____

c. **Total**. Add lines a and b.                                                (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
                                           MM / DD / YYYY

---

Debtor 1   __Noel Dean Young_____   Case number (*if known*) __15-10659_____
          First Name   Middle Name   Last Name

| Part 4: | Itemized Payment History |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❏ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ __/s/ Michelle R. Ghidotti-Gonsalves_____   Date __05__/__02__/__2019__
  Signature

Print   __Michelle_____R._____Ghidotti-Gonsalves__   Title __Authorized Agent_____
       First Name   Middle Name   Last Name

Company   __Ghidotti | Berger LLP_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   __1920 Old Tustin Ave._____
          Number        Street

          __Santa Ana_____   __CA__   __92705____
          City                         State    ZIP Code

Contact phone   (__949__) __427__ – __2010_____   Email __mghidotti@ghidottiberger.com__

Form 4100R                Response to Notice of Final Cure Payment                page 2

| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180) |
| 2 | GHIDOTTI \| BERGER LLP <br> 1920 Old Tustin Ave. |
| 3 | Santa Ana, CA 92705 <br> Ph: (949) 427-2010 |
| 4 | Fax: (949) 427-2732 |
| 5 | mghidotti@ghidottiberger.com |
| 6 | Attorney for Creditor |

U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA - GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 15-10659 |
|  | ) |  |
| Noel Dean Young, | ) | CHAPTER 13 |
|  | ) |  |
| Debtor. | ) | **CERTIFICATE OF SERVICE** |
|  | ) |  |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On May 2, 2019 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

1
CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | |
| 2 | on the interested parties in this action by placing a true and correct copy thereof in a sealed |
| 3 | envelope addressed as follows: |
| 4 | (Via United States Mail) |

| **Debtor** | **Trustee** |
|---|---|
| Noel Dean Young | Anita Jo Kinlaw Troxler |
| 5442 Crestwood Dr. | Greensboro Chapter 13 Office |
| Archdale, NC 27263 | 500 W. Friendly Ave. |
| | P.O. Box 1720 |
| **Debtor's Counsel** | Greensboro, NC 27402-1720 |
| Bradley Peter Jarvis | |
| Tennant Law Offices, P.C. | |
| 10821 N. Main Street | |
| Archdale, NC 27263 | |

  xx    (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

  _____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

          Executed on May 2, 2019 at Santa Ana, California

/s / Enrique Alarcon
Enrique Alarcon